Preston P. WILLIAMS *v.* STATE of Arkansas

RC 90-56                                           797 S.W.2d 457

Supreme Court of Arkansas
Opinion delivered October 29, 1990

*Robert H. Smith*, for appellant.

No response.

PER CURIAM. Appellant, Preston P. Williams, by his attorney, has filed for a rule on the clerk.

His attorney, Robert H. Smith, admits that the record was

tendered late due to a mistake on his part.

We find that such an error, admittedly made by the attorney for a criminal defendant, is good cause to grant the motion. See our per curiam opinion dated February 5, 1979, *In Re: Belated Appeals in Criminal Cases*, 265 Ark. 964.

A copy of this opinion will be forwarded to the Committee on Professional Conduct.